# FILED

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

OCT 08 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, | § § § § | No. 5:13-cv-04206-HRL |
| Plaintiff, | § § | |
| vs. | § § | ~~PROPOSED~~ ORDER GRANTING PLAINTIFF'S NOTICE OF |
| MILLENNIAL MEDIA INC., | § § § | DISASSOCIATION OF TEXAS COUNSEL AND REQUEST FOR ORDER |
| Defendant. | § § | REMOVING TEXAS COUNSEL FROM CM/ECF DISTRIBUTION |

(RE: DOCKET No. 92)

Evolutionary Intelligence, LLC's Notice of Disassociation and Request for Order

Removing Texas Counsel from CM/ECF Distribution (the "Request for Order Removing Texas

Counsel from CM/ECF Distribution") came before this Court. Having considered the Request

for Order Removing Texas Counsel from CM/ECF Distribution, and finding good cause

therefore, it is hereby ordered that the below-listed attorneys shall be and hereby are terminated

as counsel of record for Evolutionary:

> Charles Ainsworth
> State Bar No. 00783521
> Robert Christopher Bunt
> State Bar No. 00787165
> PARKER, BUNT & AINSWORTH, P.C.
> 100 E. Ferguson, Suite 1114
> Tyler, TX 75702
> 903/531-3535
> 903/533-9687
> E-mail: charley@pbatyler.com
> E-mail: rcbunt@pbatyler.com

It is further ordered that each of the above-listed attorneys shall be removed from the

CM/ECF distribution for this matter.

Dated: 10/8/13

Howard R. Lloyd
United States Magistrate Judge