UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 08 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MILLENNIAL MEDIA, INC.,<br><br>Defendant. | Case No.: 5:13-cv-4206<br><br>~~PROPOSED~~ ORDER GRANTING NOTICE OF ATTORNEY WITHDRAWAL<br><br>(RE: Docket No. 93) |

Cooley LLP's Notice of Attorney Withdrawal came before this Court. Having considered the request to remove Ann M. Mooney and Scott A. Cole as counsel from Cooley LLP and that all pleadings, notices, orders, discovery, correspondence, memoranda, documents and things no longer be served upon them, and finding good cause therefore, it is hereby ordered that Ann M. Mooney and Scott A. Cole are terminated as counsel of record for Cooley LLP.

Dated: 10/8/13

Howard R. Lloyd
United States Magistrate Judge