**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OCT 08 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| EVOLUTIONARY INTELLIGENCE, LLC, | Case No.: 5:13-cv-4206-HRL |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING NOTICE OF ATTORNEY WITHDRAWAL |
| v. | |
| MILLENNIAL MEDIA, INC., | (RE: Docket No. 95) |
| Defendant. | |

Cooley LLP's Notice of Attorney Withdrawal came before this Court. Having considered the request to remove Lori R. Mason as counsel from Cooley LLP and that all pleadings, notices, orders, discovery, correspondence, memoranda, documents and things no longer be served upon her, and finding good cause therefore, it is hereby ordered that Lori R. Mason is terminated as counsel of record for Cooley LLP.

Dated: 10/8/13

Howard R. Lloyd
United States Magistrate Judge