| | |
|---|---|
| **COOLEY LLP** <br> MATTHEW J. BRIGHAM <br> Five Palo Alto Square <br> 3000 El Camino Real <br> Palo Alto, CA 94306-2155 <br> Phone:  (650) 843-5000 <br> Fax:      (650) 857-0663 <br> mbrigham@cooley.com | **COOLEY LLP** <br> NATHAN K. CUMMINGS <br> One Freedom Square – Reston Town Center <br> 11951 Freedom Drive <br> Reston, Virginia 20190-5656 <br> Phone:  (703) 456-8000 <br> Fax:      (703) 456-8100 <br> ncummings@cooley.com |

Attorneys for Defendant
MILLENNIAL MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MILLENNIAL MEDIA, INC., <br><br> Defendant. | CASE NO. 5:13-cv-04206-EJD <br><br> STIPULATION TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE |

Plaintiff Evolutionary Intelligence, LLC ("Plaintiff") and Defendant Millennial Media, Inc. ("Millennial") stipulate and jointly request that the Court continue the Case Management Conference so that it may be held at the same time as the hearing on Millennial's forthcoming Motion to Stay Pending *Inter Partes* Review.  The Case Management Conference is currently scheduled for January 17, 2014.  The hearing on Millennial's Motion to Stay is currently scheduled for March 7, 2014, at 9 a.m.

//

//

//

//

//

//

To conserve resources of the parties and the Court, the parties stipulate and respectfully request that the Court continue the Case Management Conference to March 7, 2014, to be heard in conjunction with the hearing on Millennial's Motion. The parties have not previously sought any continuations of the Case Management Conference.

STIPULATED AND AGREED:

Dated: December 23, 2013

By: */s/ Anthony Patek*
Anthony Patek
GUTRIDE SAFIER LLP
835 Douglass Street
San Francisco, California 94114

*Attorneys for Plaintiff Evolutionary Intelligence, LLP*

By: */s/ Nathan K. Cummings*
Nathan K. Cummings
COOLEY LLP
One Freedom Square – Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656

*Attorneys for Defendant Millennial Media, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

12/26/2013
Date

United States District Judge
Edward J. Davila