**COOLEY LLP**
MATTHEW J. BRIGHAM
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Phone:  (650) 843-5000
Fax:      (650) 857-0663
mbrigham@cooley.com

**COOLEY LLP**
NATHAN K. CUMMINGS
One Freedom Square – Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656
Phone:  (703) 456-8000
Fax:      (703) 456-8100
ncummings@cooley.com

Attorneys for Defendant
MILLENNIAL MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MILLENNIAL MEDIA, INC.,<br><br>Defendant. | CASE NO. 5:13-cv-04206-EJD<br><br>STIPULATION TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE |
|---|---|

Plaintiff Evolutionary Intelligence, LLC ("Plaintiff") and Defendant Millennial Media, Inc. ("Millennial") stipulate and jointly request that the Court continue the Case Management Conference so that it may be held at the same time as the hearing on Millennial's forthcoming Motion to Stay Pending *Inter Partes* Review.  The Case Management Conference is currently scheduled for January 17, 2014.  The hearing on Millennial's Motion to Stay is currently scheduled for March 7, 2014, at 9 a.m.

//

//

//

//

//

//

1   To conserve resources of the parties and the Court, the parties stipulate and respectfully
2 request that the Court continue the Case Management Conference to March 7, 2014, to be heard
3 in conjunction with the hearing on Millennial's Motion.  The parties have not previously sought
4 any continuations of the Case Management Conference.

5   STIPULATED AND AGREED:

6   Dated:  December 23, 2013

7 By: */s/ Anthony Patek*             By: */s/ Nathan K. Cummings*
8   Anthony Patek                         Nathan K. Cummings
    GUTRIDE SAFIER LLP                    COOLEY LLP
9   835 Douglass Street                   One Freedom Square – Reston Town Center
    San Francisco, California 94114       11951 Freedom Drive
10                                        Reston, Virginia 20190-5656

11  *Attorneys for Plaintiff Evolutionary*   *Attorneys for Defendant Millennial*
12  *Intelligence, LLP*                      *Media, Inc.*

13
PURSUANT TO STIPULATION, IT IS SO ORDERED.
14
     12/26/2013
15  Date                                  United States District Judge
16                                         Edward J. Davila

---

2

STIPULATION TO CONTINUE DATE OF CMC
CASE NO. 5:13-CV-04206-EJD