**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

EVOLUTIONARY INTELLIGENCE,
LLC,

                 Plaintiff,

v.

SPRINT NEXTEL CORPORATION,
SPRINT COMMUNICATIONS
COMPANY L.P., SPRINT SPECTRUM
L.P., SPRINT SOLUTIONS INC.,

                 Defendants.

EVOLUTIONARY INTELLIGENCE,
LLC,

                 Plaintiff,

v.

APPLE, INC.,

                 Defendants.

Case Nos. C-13-04513, C-13-04201, C-13-04202,
C-13-04203, C-13-04204, C-13-04205, C-13-
04206, C-13-04207, C-13-03587

**ORDER CONFIRMING STAY**

ORDER CONFIRMING STAY
EDB

- 1 -

**United States District Court**
For the Northern District of California

1

2

EVOLUTIONARY INTELLIGENCE,
LLC,

3                    Plaintiff,

4    v.

5    FACEBOOK, INC.,

6                    Defendants.

7    EVOLUTIONARY INTELLIGENCE,
LLC,

8

9                    Plaintiff,

10   v.

11   FOURSQUARE LABS, INC.,

12                   Defendants.

13   EVOLUTIONARY INTELLIGENCE,
LLC,

14

15                   Plaintiff,

16   v.

17   GROUPON, INC.,

18                   Defendants.

19

20   EVOLUTIONARY INTELLIGENCE,
LLC,

21                   Plaintiff,

22   v.

23   LIVINGSOCIAL, INC.,

24                   Defendants.

25

26

27

28

ORDER CONFIRMING STAY
EDB

- 2 -

**United States District Court**
For the Northern District of California

1
2
3
4
5
6

EVOLUTIONARY INTELLIGENCE, LLC,

             Plaintiff,

v.

TWITTER, INC.,

             Defendants.

7
8
9
10
11
12

EVOLUTIONARY INTELLIGENCE, LLC,

             Plaintiff,

v.

YELP, INC.,

             Defendants.

13
14
15
16
17
18
19

EVOLUTIONARY INTELLIGENCE, LLC,

             Plaintiff,

v.

MILLENNIAL MEDIA, INC.,

             Defendants.

20
21
22
23
24
25

On September 26, 2014 the court conditionally granted defendants' motion to maintain the stay in the above-captioned cases. Dkt. No. 174. As a condition of its order granting defendants' motion, the court ordered defendants not participating in the ongoing *inter partes* review ("IPR") of the patents at suit to file a written commitment no later than October 7, 2014 agreeing to the following limited estoppel:

26
27
28

> [the non-participating party] will not assert the invalidity of any claim on any ground raised in the IPR and on which a final written decision is rendered under 35 U.S.C. § 318(a). Any dispute as to what is meant by "final written decision" or "any ground raised" will be resolved by the court.

ORDER CONFIRMING STAY
EDB
- 3 -

1 Dkt. No. 174 at 14.[1]

2       Each non-participating defendant subsequently filed notice of their agreement to the above

3 terms. *See* Dkt. Nos. 175, 176, 177, 178, 179, 181. Accordingly, the court hereby confirms that the

4 related cases are stayed until final written decision in the pending IPR, the date by which a final

5 decision is now due, or further order of the court, whichever occurs first. Dkt. No. 174, at 13–14.

6       Within one week of the written final decision in the IPR, the parties shall file a joint status

7 report informing the court as to the outcome of the IPR.

8

9

10 Dated: October 17, 2014

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] The statutory estoppel of 35 U.S.C. § 315(e)(2) applies to IPR participants Apple, Yelp, and Twitter.

ORDER CONFIRMING STAY
EDB

- 4 -